IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Karen T

Printed: 11/25/08

Case Number: 04 B 31474
Judge: Wedoff, Eugene R
Filed: 8/24/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 24, 2008
Confirmed: October 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,362.77 |  |
| Secured: |  | 11,811.12 |
| Unsecured: |  | 1,577.50 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,740.00 |
| Trustee Fee: |  | 908.66 |
| Other Funds: |  | 325.49 |
| Totals: | 17,362.77 | 17,362.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,740.00 | 2,740.00 |
| 2. | Armco | Secured | 1,044.75 | 1,044.75 |
| 3. | Drive Financial Services | Secured | 9,611.86 | 9,611.86 |
| 4. | Monterey Financial Services | Secured | 1,154.51 | 1,154.51 |
| 5. | Monterey Financial Services | Unsecured | 37.12 | 37.12 |
| 6. | Capital One | Unsecured | 65.06 | 65.06 |
| 7. | T Mobile USA | Unsecured | 13.13 | 13.13 |
| 8. | National Capital Management | Unsecured | 56.38 | 56.38 |
| 9. | Peoples Energy Corp | Unsecured | 115.82 | 0.00 |
| 10. | Kmart Corp | Unsecured | 33.48 | 33.48 |
| 11. | Credit Acceptance Corp | Unsecured | 536.13 | 536.13 |
| 12. | Credit Acceptance Corp | Unsecured | 622.52 | 622.52 |
| 13. | Drive Financial Services | Unsecured | 93.68 | 93.68 |
| 14. | Anita Crawford | Unsecured | 120.00 | 120.00 |
| 15. | Cingular Wireless | Unsecured | 91.94 | 0.00 |
| 16. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 17. | AT&T | Unsecured |  | No Claim Filed |
| 18. | AAA Collectors In | Unsecured |  | No Claim Filed |
| 19. | TCF Bank | Unsecured |  | No Claim Filed |
| 20. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 21. | Auto Chlor | Unsecured |  | No Claim Filed |
| 22. | GC Services Corporation | Unsecured |  | No Claim Filed |
| 23. | Medical Collections | Unsecured |  | No Claim Filed |
| 24. | Southwest | Unsecured |  | No Claim Filed |
| 25. | Sprint North Supply Leasing | Unsecured |  | No Claim Filed |
| 26. | Professional Account Management | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harris, Karen T

Printed: 11/25/08

Case Number:  04 B 31474
Judge: Wedoff, Eugene R
Filed: 8/24/04

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Risk Management Alternatives | Unsecured | | No Claim Filed |
| 28. United Credit Natl Bank | Unsecured | | No Claim Filed |
| 29. Nicor Gas | Unsecured | | No Claim Filed |
| 30. Commonwealth Edison | Unsecured | | No Claim Filed |
| | | $ 16,336.38 | $ 16,128.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 135.19 |
| 4% | 35.30 |
| 3% | 34.15 |
| 5.5% | 162.79 |
| 5% | 61.71 |
| 4.8% | 99.85 |
| 5.4% | 379.67 |
| | $ 908.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

